United States District Court
Southern District of Texas
**ENTERED**
August 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Kevin Ian Go, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-2354 |
| | § | |
| Current Media Group LLC | § | |
| d/b/a Current Catalog, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On August 25, 2025, Plaintiff, Kevin Ian Go, and Defendant, Current Media Group LLC d/b/a Current Catalog, filed a Joint Stipulation of Dismissal with Prejudice (docket no. 15) stipulating to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this Court accepts the Stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 26th day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE